UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Michael Roberts

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant __Michael Roberts__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
Tamara Giwa for Michael Roberts
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Michael Roberts**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Tamara Giwa**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__2·17·2021__
Date

_____
U.S. District Judge/U.S. Magistrate Judge